| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>United States | COURT CASE NUMBER<br>05-11484-PBS |
|---|---|
| DEFENDANT<br>Raymond S. Santos | TYPE OF PROCESS<br>Summons + Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Raymond S. Santos

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
53 Winter Street, Rehoboth, MA 02769

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tricia Desilogee
US Attorney's Office
Financial Litigation Unit
One Courthouse Way - Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 1 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please make service by October 14, 2005.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 617-748-3308    DATE: 7/14/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date: 7/14/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/5/05    Time: 6:35 pm

| Service Fee: $80.00 | Total Mileage Charges (including endeavors): 122.64 | Forwarding Fee: — | Total Charges: 392.64 | Advance Deposits: — | Amount owed to U.S. Marshal or — | Amount of Refund — |

REMARKS:
7/26/05 - NO RESPONSE
10/3/05 - NO RESPONSE
10/4/05 NO RESPONSE
10/5/05 - LEFT IN FRONT DOOR
(84 mile round trip) (1½ hr each round trip)

PRIOR EDITIONS MAY BE USED      1. CLERK OF THE COURT      FORM USM-285 (Rev. 12/15/80)