UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    VS.                    COURT NO. 1:05-cv-11484-PBS

RAYMOND S. SANTOS

## **ANSWER OF DEFENDANT, RAYMOND S. SANTOS**

Defendant, Raymond S. Santos answers the Plaintiff's Complaint as follows.

### **FIRST DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

### **SECOND DEFENSE**

Plaintiff failed to properly calculate the amount due from the Defendant, if any.

### **THIRD DEFENSE**

The Plaintiff failed to give the Defendant credit for all payments made.

### **FOURTH DEFENSE**

For a defense to the separate paragraphs of the Complaint, the Defendant answers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Leave to proof.

5. Leave to proof.

6. Leave to proof.

7. Denied.

8. Denied.

9. Leave to proof.

## FIFTH DEFENSE

Defendant generally denies the allegations in the Plaintiff's Complaint except those he has expressly admitted.

WHEREFORE, Defendant requests that the Plaintiff's Complaint be denied and dismissed.

                                              Defendant
                                              By his Attorneys
                                              FINAN & GROURKE

                                              /s/Heather M. Bonnett
                                   Heather M. Bonnett – BBO# 660534
                                              24 Spring Street
                                              Pawtucket, RI 02860
                                              (401) 723-6800
                                              hmb@finangrourke.com

## CERTIFICATION

I certify that a copy of the within Answer was mailed, postage prepaid, to Christopher R. Donato, Esq., Assistant U.S. Attorney, 1 Courthouse Way, Ste. 9200, Boston, MA 02210 on this 17th day of October, 2005.