UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>RAYMOND S. SANTOS,<br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  05-11484-PBS |

**CERTIFICATE OF SERVICE**

　　I hereby certify that on this day a true copy of the "Joint Statement" was served by first class mail, postage prepaid, upon the defendant's counsel at the following address:

Heather Bonnett, Esq.
Finan & Grourke
Attorneys and Counsellors At Law
24 Spring Street
Pawtucket, RI 02860


Dated: December 27, 2005          /s/ Christopher R. Donato
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. DONATO
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney