UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

     VS.                                   COURT NO. 1:05-cv-11484-PBS

RAYMOND S. SANTOS

**ENTRY OF APPEARANCE**

I, Edward F. Grourke, Esq, hereby enter my appearance on behalf of the defendant in the above matter.

Defendant
By his Attorneys
FINAN & GROURKE

/s/ Edward F. Grourke
Edward F. Grourke – BBO# 213380
24 Spring Street
Pawtucket, RI 02860
(401) 723-6800
efg@finangrourke.com

CERTIFICATION

I certify that a copy of the within Entry of Appearance was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 5th day of January, 2006.

/s/ Edward F. Grourke BBO #213380