UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America
Plaintiff,

      V.                          Civil Action Number
                                05-11484-PBS

Raymond Santos
Defendant.                             January 5, 2006

## SCHEDULING ORDER

Saris, D.J.,

All Discovery is stayed.

Summary Judgment Motion filing deadline: 3/30/06

Opposition to Summary Judgment Motions: 4/14/06

Hearing on Summary Judgment or Pretrial Conference: 5/4/06 at 2:00 p.m.

Case to be referred to Mediation program: A.S.A.P.

                                                  By the Court,

                                                  /s/ Robert C. Alba
                                                  Deputy Clerk