UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11484-PBS |
| | ) | |
| RAYMOND SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[ ]   The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]   On   March 7, 2006  , I held the following ADR proceeding:

      _____ SCREENING CONFERENCE       _____ EARLY NEUTRAL EVALUATION

      \_\_X\_\_ MEDIATION       _____ SUMMARY BENCH/JURY TRIAL

      _____ MINI-TRIAL       _____ SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]   Settled.  Your clerk should enter a 30-day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____, unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:

      / s / Judith Gail Dein
      Judith Gail Dein, U.S. Magistrate Judge
DATED:  March 7, 2006       ADR Provider