UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
    Plaintiff,

v.

RAYMOND S. SANTOS,
    Defendant.

Civil Action No. 05-11484-PBS

### AGREEMENT FOR JUDGMENT

The plaintiff, United States of America, and the defendant, Raymond S. Santos, as settlement of all claims set forth in the complaint filed in the above-captioned matter, hereby agree to entry of judgment against the defendant in the amount of $15,000.

Respectfully submitted by the parties,

Respectfully submitted,

PLAINTIFF,

UNITED STATES OF AMERICA

By its attorney,

_/s/ Christopher R. Donato_
Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: 3/22/06

DEFENDANT,

RAYMOND S. SANTOS

By his attorney,

_/s/ Edward F. Grourke_
Edward F. Grourke, Esq.
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860
(401) 723-6800

Dated: 3/29/06