UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
Plaintiff,

v.

C.A. FILE NO.: 05-11484-PBS

RAYMOND S. SANTOS,
Defendant

## SATISFACTION OF JUDGMENT

It is acknowledged and agreed by the parties to this litigation that the judgment of $15,000.00 in the above matter has been paid in full.

PLAINTIFF,

UNITED STATES OF AMERICA

By its attorney,

*(signature)*
Christopher R. Donato
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley Courthouse
Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: 3/29/06

DEFENDANT,

RAYMOND S. SANTOS

By its attorney,

*(signature)*
Edward F. Grourke, Esq.
Finan & Grourke
24 Spring Street
Pawtucket, RI 02860
(401) 723-6800

Dated: 3-29-06

FINAN & GROURKE
ATTORNEYS AT LAW
24 SPRING ST.
PAWTUCKET,
RHODE ISLAND 02860

(401) 723-6800